# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **SHYHEIM FITZHUGH MILLSAPS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:21-cv-00180-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **JAMES BULLARD, Warden of Tabor Correctional Institution,** | ) ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2022 Memorandum of Decision and Order.

April 26, 2022

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court